Certificate Number: 15317-PAE-DE-035428027

Bankruptcy Case Number: 21-10435



15317-PAE-DE-035428027

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 5, 2021, at 8:20 o'clock AM PST, Carlos E Lopez completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  March 5, 2021           By:    /s/Christel Raz

Name:  Christel Raz

Title:  Counselor

Certificate Number: 15317-PAE-DE-035428028

Bankruptcy Case Number: 21-10435



15317-PAE-DE-035428028

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 5, 2021</u>, at <u>8:20</u> o'clock <u>AM PST</u>, <u>Maritza A Lopez</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date: <u>March 5, 2021</u>　　　　By: <u>/s/Christel Raz</u>

Name: <u>Christel Raz</u>

Title: <u>Counselor</u>