United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 21-10435-pmm
Carlos E. Lopez     Chapter 7
Maritza A. Lopez
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2
Date Rcvd: Jun 18, 2021     Form ID: 318     Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Carlos E. Lopez, Maritza A. Lopez, 58 N Spruce Street, Elizabethtown, PA 17022-1935 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14585092 | + | Capital One, PO Box 71087, Charlotte, NC 28272-1087 |
| 14585091 | + | Capital One, PO Box 60519, City of Industry, CA 91716-0519 |
| 14585097 | | Fingerhut, PO Box 70281, Philadelphia, PA 19176-0281 |
| 14585099 | + | Fortiva, POBox 650721, Dallas, TX 75265-0721 |
| 14585105 | + | Mr Cooper, Bankruptcy, PO Box 619094, Dallas, TX 75261-9094 |
| 14585108 | | Shop Your Way Mastercard, PO Box 9001104, Louisville, KY 40290-1104 |
| 14585107 | | Shop Your Way Mastercard, PO Box 6288, Sioux Falls, SD 57117-6286 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jun 19 2021 02:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 18 2021 22:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 18 2021 22:28:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14585090 | | Email/Text: cms-bk@cms-collect.com | Jun 18 2021 22:28:00 | Capital Management Services, LP, 698 1/2 S Ogden Street, Buffalo, NY 14206-2317 |
| 14585093 | + | EDI: RMSC.COM | Jun 19 2021 02:33:00 | Care Credit, PO Box 960061, Orlando, FL 32896-0061 |
| 14585094 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 18 2021 22:37:40 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 14585103 | | EDI: CITICORP.COM | Jun 19 2021 02:33:00 | Macy's, Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 14585095 | + | EDI: DISCOVER.COM | Jun 19 2021 02:33:00 | Discover, PO Box 6103, Carol Stream, IL 60197-6103 |
| 14585096 | + | Email/Text: bknotice@ercbpo.com | Jun 18 2021 22:28:00 | ERC, PO Box 57610, Jacksonville, FL 32241-7610 |
| 14585098 | + | EDI: FSAE.COM | Jun 19 2021 02:33:00 | Firstsource Advantage LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |

| | | | | |
|---|---|---|---|---|
| 14585100 | + | EDI: CITICORP.COM | Jun 19 2021 02:33:00 | Home Depot, PO Box 790328, Saint Louis, MO 63179-0328 |
| 14585101 | | EDI: RMSC.COM | Jun 19 2021 02:33:00 | JCPenney, PO Box 960090, Orlando, FL 32896-0090 |
| 14585102 | | EDI: RMSC.COM | Jun 19 2021 02:33:00 | Lowes/SynchronyBank, PO Box 530914, Atlanta, GA 30353-0914 |
| 14585104 | + | EDI: MID8.COM | Jun 19 2021 02:33:00 | Midland Credit, PO Box 301030, Los Angeles, CA 90030-1030 |
| 14585106 | | EDI: RMSC.COM | Jun 19 2021 02:33:00 | PayPal Credit/Snychrony Bank, PO Box 965064, Orlando, FL 32896-0006 |
| 14585109 | | EDI: WTRRNBANK.COM | Jun 19 2021 02:33:00 | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 20, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net J100@ecfcbis.com |
| MITCHELL A. SOMMERS | on behalf of Debtor Carlos E. Lopez msommers@ptd.net kjober@ptd.net |
| MITCHELL A. SOMMERS | on behalf of Joint Debtor Maritza A. Lopez msommers@ptd.net kjober@ptd.net |
| REBECCA ANN SOLARZ | on behalf of Creditor New Residential Mortgage Loan Trust 2019-5 bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Carlos E. Lopez<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8509<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Maritza A. Lopez<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7272<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 21–10435–pmm | |

# Order of Discharge                                                                                                        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Carlos E. Lopez                                                              Maritza A. Lopez

6/17/21                                                                          **By the court:**   Patricia M. Mayer
                                                                                                                United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                         **Order of Discharge**                                                           page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**